# Exhibit "B"

1

```
              IN THE UNITED STATES DISTRICT COURT

             FOR THE MIDDLE DISTRICT OF ALABAMA

                        EASTERN DIVISION

      UNITED STATES OF AMERICA

           vs.                    CASE NO.: 3:11-cr-55-MEF

      TIMOTHY WATFORD,

               Defendant.

           *  *  *  *  *  *  *  *  *  *  *  *  *  *

             JURY TRIAL - EXCERPT OF PROCEEDINGS

               TESTIMONY OF TIMOTHY A. WATFORD

           *  *  *  *  *  *  *  *  *  *  *  *  *  *

        BEFORE THE HONORABLE MARK E. FULLER, UNITED STATES

DISTRICT JUDGE, and a jury, at Opelika, Alabama, on Thursday,

September 1, 2011, commencing at 10:40 a.m.

                          APPEARANCES

FOR THE GOVERNMENT:      Mr. Benjamin J. Hawk
                         U.S. Department of Justice, Civil
                         Rights Division
                         601 D Street NW
                         Washington, DC  20004

                         Mr. Jared Morris
                         Mr. Nathan D. Stump
                         Assistant United States Attorneys
                         OFFICE OF THE UNITED STATES ATTORNEY
                         131 Clayton Street
                         Montgomery, Alabama  36104

FOR THE DEFENDANT:       Mr. Larry Joel Collins
                         Attorney at Law
                         Post Office Box 580
                         Phenix City, Alabama  36868
```

both of you go, get up and go?

A.  He asked me to go, and I said I would go.  And he walked outside and got in his car.  And I started to get in, and he started screaming for Rachel to come on, come on out, come on out, so I stood outside the car while Rachel walked out of the house and got in the back seat, and I got in the front passenger seat.

Q.  Then y'all left.

A.  And then Kirby drove us away.

Q.  How long did it take y'all to get to where this incident occurred?

A.  Probably ten or 15 minutes.

Q.  And did y'all have any conversations on the way?

A.  Kirby was talking on and off.  He was on and off the phone, trying to get direction to where we were going.  And I remember him saying stuff like Patrick Harrington had been running from him, and he had been trying to catch him for a long time and that he -- I think I remember him saying he had warrants for -- Patrick had warrants for him or something like that.

Q.  What happened when you arrived at the scene?

A.  We pulled in, and Kirby turned on the blue lights.

Q.  What did you think about him turning on the blue lights?

A.  I thought it was crazy.

Q.  Why?

A.  We were in Lee County.  We have no jurisdiction in Lee